IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

EDWARD MAMBUCA,            )
                           )
        Petitioner,        )
                           )
v.                         )    Case No. CIV-05-367-RAW
                           )
HASKELL HIGGINS,           )
                           )
        Respondent.        )

## JUDGMENT

Pursuant to the Order contemporaneously entered, the Court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 9th DAY OF JANUARY, 2008.**

**Dated this 9th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma